### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Abeer H. Doe; Abubakr E.M. Doe; Adedeji O. Doe; Adeyemi O. Doe; Adrian R. Doe; Ajibola A. F. Doe; Akaawase B. Doe; Alex H. Doe; Amadou D. Doe; Amirhossein Doe; Anthony B. Doe; Bassey S. Doe; Bolanle B. Doe; Chukwueweike U. Doe; Cristine Doe; Damilola D. Doe; Diderot Doe; Donatus O. Doe; Ebipamo V. Doe; Ederson Doe; Emery S.B. Doe; Emmanuel Doe; Enrique J. Doe; Eric P. Doe; Ernesto A. Doe; Farag Doe; Felix L. Doe; Feyisetan Y. Doe; Flornaldine Doe; Folashade T.A. Doe; Gloria E. Doe; Gregory Doe; Hazem E. Doe; Inikpi O. Doe; Isaac Doe; Isabelle Doe; Jean J. Doe; Jeanclaude X. Doe; José M. Doe; Jose E. Doe; Jose D. Doe; Jose R. Doe; Juan C. Doe; Judeme Doe; Justus Doe; Laura M. Doe; Lubomir H. Doe; Malihe T. Doe; Maria Isabel Doe; Mariama Doe; Marie C. Doe; Medine A. Doe; Mersedeh P. Doe; Michel M. Doe; Mohammadreza Doe; Morteza S. Doe; Mostafa Doe; Muhammad Awwal Doe; Mwtasem Doe; Nan T.N. Doe; Nicola Doe; Nicole Doe; Olayemi S. Doe; Olujimi Doe; Oluwafemi Doe; Oluwapelumi O. Doe; Oluwaseun A. Doe; Oluwasola P. Doe; Oluwatomi E. Doe; Omar A. Doe; Omoezime Janet Doe; Omonemhi O. Doe; Orienne Doe; Osarogie A. Doe; Parvaneh Doe; Paul L. Doe; Pierre R. Doe; Pierre W. Doe; Pudens M. Doe; Ramzi S. Doe; Rose N. Doe; Roselaure Doe; Saeed M. S. S. Doe; Saheed A. Doe; Samba T. Doe; Samuel P. Doe; Soe M. Doe; Somayeh Doe; Steve C. Doe; Tasnim Doe; Toe E. Doe; Tomas Fernando C. Doe; Valentine E. Doe; Vandesar M. Doe; Victor A. Doe; Wint Y. Doe; Xiaoba C. Doe; Yohimar A. Doe; and, Youdy Doe,<br><br>     Plaintiffs,<br><br>V.<br><br>Donald J. Trump, President of the United States; Kristi Noem, Secretary, U.S. Department of Homeland Security; Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services; Jerry Scott Ammons, Boston Field Office Director; U.S. Department of Homeland Security; and U.S. Citizenship and Immigration Services,<br><br>     Defendants. | Civil Action No. 1:26-cv-11382-ADB |

### ORDER GRANTING PROPOSED BRIEFING SCHEDULE

Upon consideration of the parties' submissions concerning the briefing schedule for Plaintiff's

Motion for Preliminary Injunction and Temporary Restraining Order, it is hereby ordered as

follows:

1. Defendants shall file its Opposition to Plaintiffs' Motion for Preliminary Injunction and on or before April 15th, 2026.

2. Defendants shall file its Opposition to Plaintiffs' Motion for Temporary Restraining Order on or before April 15th, 2026

3. Plaintiff shall file its reply brief to Defendants' Oppositions on or before April 22nd, 2026.

4. No sur-reply shall be filed absent leave of the court

SO ORDERED.


DATE: April 10, 2026


_____
Judge Allison D. Burroughs